AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | ) | |
|---|---|---|
| Logan A. Owsley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-00552-RLY-MJD |
| Mark E. Gorbett, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Logan A. Owsley                                       .

Date:  02/15/2016

/s/ Anand Swaminathan
*Attorney's signature*

Anand Swaminathan, 6305088
*Printed name and bar number*

312 N. May St., Suite 100
Chicago, IL 60607

*Address*

anand@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*