UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LOGAN A. OWSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15-cv-00552-RLY-MJD |
| ) | |
| MARK E. GORBETT, ) | |
| ERNEST DEWAYNE JANES, SR., ) | |
| DEAN A. JOHNSON, ) | |
| CHRISTIE L. NUNEMAKER, ) | |
| WILLIAM R. KINMAN, JR., ) | |
| CHRISTOPHER M. ROBERTS, ) | |
| LARRY S. FISHER, ) | |
| BRENT E. WORMAN, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION TO REOPEN CASE**

This matter comes before the Court on Plaintiff's motion to reopen this case. [Dkt. 139.] The matter was stayed and administratively closed on January 5, 2017, pending resolution of the dispute in the probate court related to Plaintiff's capacity to serve as personal representative of the Estate of Cary A. Owsley. Plaintiff reports that dispute has been resolved. Accordingly, the Court, being duly advised, hereby **GRANTS** the motion and **lifts the stay** of this matter. The Clerk is directed to **reopen** this case.

SO ORDERED.

Dated: 18 APR 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.