UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LOGAN A. OWSLEY in his individual capacity as Administrator of the ESTATE OF CARY A. OWSLEY, <br><br> Plaintiff, <br><br> v. <br><br> MARK E. GORBETT in his individual and official capacities as Sheriff of Bartholomew County, <br> ERNEST DEWAYNE JANES, SR. in his individual and official capacities as Bartholomew County Sheriff's Deputy, <br> DEAN A. JOHNSON in his individual and official capacities as Bartholomew County Sheriff's Deputy, <br> CHRISTIE L. NUNEMAKER in her individual and official capacities as Bartholomew County Sheriff's Deputy, <br> WILLIAM R. KINMAN, JR. in his individual and official capacities as Bartholomew County Sheriff's Deputy, <br> CHRISTOPHER M. ROBERTS in his individual and official capacities as Bartholomew County Sheriff's Deputy, <br> LARRY S. FISHER in his individual and official capacities as Bartholomew County Coroner, and <br> BRENT E. WORMAN in his individual and official capacities as Bartholomew County Sheriff's Deputy, <br><br> Defendants. | No. 1:15-cv-00552-RLY-MJD |

**FINAL JUDGMENT**

In today's Entry, the court granted Defendants' Motion for Judgment on the

Pleadings. The court also dismissed without prejudice Plaintiff's state law tort claims

pursuant to 28 U.S.C. § 1367(c)(3). As all issues have been finally resolved, the court now enters final judgment against Plaintiff and in favor of Defendants.

**SO ORDERED** this 3rd day of November 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.